E-filing

1   Renée Welze Livingston – 124280
    Crystal L. Van Der Putten – 227262
2   LIVINGSTON LAW FIRM
    A Professional Corporation
3   1600 South Main Street, Suite 280
    Walnut Creek, CA  94596
4   Tel:  (925) 952-9880
    Fax: (925) 952-9881
5
    Attorneys for Plaintiff
6   METROPOLITAN LIFE INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  METROPOLITAN LIFE INSURANCE        )   Case No.  C08-02710
    COMPANY,                           )
11                                     )
                     Plaintiff,        )   PLAINTIFF METROPOLITAN LIFE
12                                     )   INSURANCE COMPANY'S RULE 7.1
          vs.                          )   DISCLOSURE STATEMENT
13                                     )
    DONNA DOMINO and DOES 1-20,        )
14  inclusive,                         )
                                       )   BY FAX
15                   Defendants.       )
                                       )
16  _____   )

17        Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Metropolitan Life Insurance

18  Company hereby discloses the following:

19        Plaintiff Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife,

20  Inc.

21  Dated: May 28, 2008                     LIVINGSTON LAW FIRM

22

23                                          By: _____

24                                              Renée Welze Livingston
                                                Attorneys for Plaintiff
25                                              METROPOLITAN LIFE INSURANCE
                                                COMPANY
26

27

28

ORIGINAL
FILED
MAY 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

CW