Renée Welze Livingston – 124280
Crystal L. Van Der Putten – 227262
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881

Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DONNA DOMINO and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C08-02710<br><br>PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1. MetLife, Inc., of which Metropolitan Life Insurance Company is a wholly owned subsidiary.

Dated: May 28, 2008

LIVINGSTON LAW FIRM

By: _____
Renée Welze Livingston
Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY