UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Metropolitan Life Insurance Company

CASE NO. C 08-02710 CW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Donna Domino

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 2, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
| Renée Welze Livingston; | Plaintiff Metropolitan Life Insurance Co.; | 925-952-9880; | rlivingston@livingstonlawers.com |

Note: While plaintiff is certainly willing to stipulate to mediation, plaintiff has been unsuccessful in its attempts to serve defendant to date. Thus, there has been no agreement to an ADR process.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 08/12/08

_____
Attorney for Plaintiff

Dated:_____

_____
Attorney for Defendant

Rev 12.05